<u>BOMBERO V. BOMBERO ET AL.</u>, 12 CV 493 (JBA)  – ELECTRONIC ORDER ON U.S.' MOTION FOR RELIEF FROM REQUIREMENT THAT REPRESENTATIVE WITH FULL SETTLEMENT AUTHORITY ATTEND SETTLEMENT CONFERENCE, filed 1/7/13 (Dkt. #43)

1/9/13 – The U.S.' motion (Dkt. #43) is <u>denied without prejudice as moot</u>, in that the settlement conference scheduled for this Friday, 1/11/13 (<u>see</u> Dkts. ##38, 40), has been postponed, due to the unfortunate illness of one of the attorneys.  This conference will be rescheduled for late January-early February 2013, if possible.

      In lieu of having a representative of the U.S. appear in person at the rescheduled settlement conference, such representative shall participate by video-conference. Government's counsel shall contact this Magistrate Judge's Chambers, so that she may be directed to the appropriate personnel within the Court's IT department, who will make the necessary technological arrangements for such video-conferencing.